UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA NAILS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV638 JAR |
| AAA AUTO INSURANCE, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Plaintiff has filed a civil suit and seeks leave to proceed in forma pauperis. Plaintiff is granted leave to proceed without payment of the filing fee. Also, the Court will direct plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

Plaintiff alleges that AAA provides her auto insurance. She says she was in an accident on February 14, 2015, and that her car was damaged in the amount of $667.00. She says she also paid $90.00 for a rental car. And she says her "pain and suffering medical is over $17,900. She complains that AAA did not pay her for any of her damages.

Federal courts are courts of limited jurisdiction. The Court has jurisdiction to hear cases involving the Constitution, laws, or treaties of the United States under 28 U.S.C. § 1331, and the Court can hear cases where diversity jurisdiction exists under 28 U.S.C. § 1332.

The instant action does not arise under the Constitution, laws, or treaties of the United States, so federal question jurisdiction pursuant to 28 U.S.C. § 1331 is inapplicable. Therefore, the Court may only hear this case if diversity jurisdiction exists.

It does not appear that diversity jurisdiction exists because plaintiffs and defendants reside in the same state and the amount in controversy does not exceed $75,000. As a result, the Court will order plaintiff to show cause why this action should not be dismissed for lack of jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff must show cause no later than **May 11, 2015**, why this action should not be dismissed.

Dated this 20th day of April, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE